**Opinion issued May 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00471-CV

_____

## IN RE R.F. AND E.F., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators R.F. and E.F. filed a petition for writ of mandamus challenging the district court's April 30, 2026 Order for Issuance of Writ of Attachment.[1] The challenged order provides for the immediate issuance of a writ of attachment commanding any sheriff or constable in this state to take possession of the child at

---

[1] The underlying case is *In the Interest of A.F., a Child*, cause number 2024-00175J, pending in the 313th District Court of Harris County, Texas, the Honorable Natalia Cokinos Oaks presiding.

issue in the case and deliver the child to the Department of Family and Protective Services. Relators further request that our Court (1) compel the district court to "rule on [their] Verified Plea to the Jurisdiction before allowing enforcement of the writ," (2) compel the district court to rule on their Emergency Motion to Quash Writ of Attachment, to Vacate Order, and for Immediate Return, and (3) grant various requests for temporary relief, including staying enforcement of the writ of attachment.

We deny the petition and all additional requests for relief contained within the petition.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.